COPY

IN THE JUSTICE COURT OF THE STATE OF OREGON
FOR BAKER COUNTY

**Small Claims Department**

BUD ZUNINO
Plaintiff

(Inmate ID #, if applicable, ________)

v.

US FOREST SERVICE
Defendant
☒ Defendant is a public body

Case No: 26-S-045

**SMALL CLAIM AND NOTICE OF SMALL CLAIM**

Filing fee: $37.00

**PLAINTIFF** (☐ Additional on attached page)

Name: BUD ZUNINO
Street: 37677 HUDSPETH RD
City / State / Zip: BAKER CITY OR 97814
Phone: 541-523-4573 County:

**DEFENDANT** (☒ Additional on attached page)

Name (enter Registered Agent, if necessary, on next page): US FOREST SERVICE
Street (do not use a P.O. Box): 1550 DEWEY AVE STE A
City / State / Zip: BAKER CITY OR 97814
Phone: 541-523-4476 County:

I, Plaintiff, claim that on or about *(date)* 04/17/25, the above-named defendants owed me the sum of $6,283.78 because THE US FOREST SERVICE STARTED A PRESCRIBED BURN ON 4/16/25. IT WAS NOT PROPERLY MONITORED AND ON 4/17 IT JUMPED THEIR INADEQUATE FIRE LINE. IT BURNED 1/2-3/4 ACRES WITH TREES + BURNED 245' OF FENCE. TOTAL DAMAGE WAS $22,998.78. INSURANCE PAID $16,715.00 DIFFENCE OWED BY FOREST SERVICE IS THE $6,283.78, and this amount is still due.

I have paid (or will pay):
filing fees of $37.00
and service costs of $50.00

| | |
|---|---|
| Claim | $ 6,283.78 |
| + Fees | $ 37.00 |
| +Costs | $ 50.00 |
| TOTAL | $ 6,370.78 |

## DECLARATION OF BONA FIDE EFFORT

I, Plaintiff, have made a bona fide effort to collect this claim from the defendants before filing this claim with the court clerk.

**I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use in court and I am subject to penalty for perjury.**

Sept 08 2026
Date

[signature]
Plaintiff Signature

Bud W. Zunino
Plaintiff Name (print)

SUBSCRIBED AND SWORN to before me this 8 day of September 20 26

[signature]
Justice Court Clerk/Notary Public

OFFICIAL STAMP
EDWIN GARY HUGGINS
NOTARY PUBLIC - OREGON
COMMISSION NUMBER 1065294
MY COMMISSION EXPIRES JANUARY 27, 2030

**DEFENDANT'S REGISTERED AGENT:**

KEITH DUNN
Name

1550 DEWEY AVE STE A
Street (do not use a P.O. Box)

BAKER CITY OR 97814
City / State / Zip

541-523-4476 BAKER
Phone County

# NOTICE TO DEFENDANT:

## READ THESE PAPERS CAREFULLY!

Within **30 DAYS*** after receiving this notice you ***MUST*** do ***ONE*** of the following things in writing:

- Pay the claim plus filing fees and service expenses paid by plaintiff (send payment directly to the plaintiff, not to the court) **OR**
- Demand a hearing and pay the fee required (below) **OR**
- Demand a jury trial and pay the fee required (below). This option is available **only** if amount claimed is more than $750.

If you fail to do one of the above within 30 DAYS* after you get this notice, the plaintiff may ask the court to enter a judgment against you. The judgment will be for the amount of the claim, plus filing fees and service costs paid by the plaintiff, plus a prevailing party fee. If you are not able to respond in time because you are in active military service of the United States, talk to a legal advisor about the Service members Civil Relief Act.

**COURT NAME / ADDRESS / PHONE #**
**Baker County Justice Court District 1**
**1995 Third Street, Suite 170**
**Baker City, OR 97814**
**Ph: (541) 523-8213**

**Defendant's Filing Fees** *(must be filled in by the PLAINTIFF)*:

| | |
|---|---|
| (1) To demand a hearing if the amount claimed is $2,500 or less | $37.00 |
| (2) To demand a hearing if the amount claimed is more than $2,500 | $37.00 |
| (3) To demand a jury trial (only if amount claimed is over $750) | $215.00 |

If you have questions about filing procedures, go to *www.courts.oregon.gov* for information and instructions, or you may contact the court clerk. The clerk *cannot* give you legal advice about the claim.

---

***NOTE:** If the plaintiff is an inmate (ORS 30.642) AND the defendant is a government agency or other public body (ORS 30.260), the defendant must respond within **30 days** after receiving this Notice.

IN THE JUSTICE COURT OF THE STATE OF OREGON
FOR BAKER COUNTY
**Small Claims Department**

Bud Zunino
Plaintiff
v.
US Forest Service
Defendant

**Case No:** 26-S-045

**DEFENDANT'S RESPONSE**
Filing Fee: $37.00

*EACH Defendant must file a separate response (spaces and Registered Domestic Partners may file a joint response)*

☐ **PAYMENT OF CLAIM:**
Proof of payment (including fees and costs) to Plaintiff is attached (or proof that the requested property was returned to Plaintiff).

Total Amount Paid: $ ____________ *(or)* Describe property and method of return: ____________

☐ **DENIAL OF CLAIM**
I deny the plaintiff's claim and demand a ☐ hearing {**or**} ☐ jury trial.*
*The claim must be for more than $750 (without fees and costs) to request a jury trial.

☐ **COUNTERCLAIM:**
I make the following counterclaim* against the plaintiff for $____________.
*Counterclaims must arise out of the same transaction or event as the plaintiff's claim.

I, Defendant, claim that on or about *(date)* ____________, the above-named plaintiff owed me the amount claimed because ____________

____________, and this amount is still due. If the amount is the value of property that you believe should be given to you, describe the property: ____________

Date ____________

Signature ____________

Name (Print) ____________

Street ____________ City/State/ZIP ____________ Phone ____________

Form 15.010.1e – DEFENDANT'S RESPONSE – UTCR 15.010(1)(e)(Revised 1-11-18)

Case No 26-S-045

Baker County Justice Court Small Claims